IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DANIEL CASTELLI** | Case No. 2:19-cr-00071-JDW-2 |

### ORDER

**AND NOW**, this 25th day of November, 2025, upon consideration of Daniel Castelli's *pro se* Motion For Reduction In Sentence Pursuant To 18 U.S.C. § 3582(c)(2) (ECF No. 613), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.